## MOTION DOCKET

**99–889. State v. Lomax.**
Sandusky C.P. No. 96CR448. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Sandusky County. Upon consideration of the motion of appellant's counsel, Jeffrey M. Gamso, to withdraw and for substitution of an attorney from the Office of the Ohio Public Defender as co-counsel for appellant,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

**99–1113. State v. Lomax.**
Sandusky App. Nos. S–97–037 and S–99–014. This cause is pending before the court as a death penalty appeal from the Court of Appeals for Sandusky County. Upon consideration of the motion of appellant's counsel Jeffrey M. Gamso to withdraw and for substitution of an attorney from the Office of the Ohio Public Defender as co-counsel for appellant,

IT IS ORDERED by the court that the motion be, and hereby is, granted.